In the Matter of the Accounting of JULIA LEVY et al., as Executors of PHILIP LEVY, Deceased.

ESTELLE LEVY, Appellant; ROSETTA CORN, Respondent.

*Matter of Levy,* 91 App. Div. 483, affirmed.

(Argued November 15, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 28, 1904, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of the executors herein and charging the testator's real property with the payment of a certain legacy.

*W. C. Prime, H. H. Pierce* and *William Lloyd Kitchel* for appellant.

*Joseph J. Corn, Edward Lazansky* and *Harrison B. Weil* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.